1   Linda M. Lawson (Bar No. 77130)
    llawson@mmhllp.com
2   Allison Vana (Bar No. 228282)
    avana@mmhllp.com
3   MESERVE, MUMPER & HUGHES LLP
    800 Wilshire Boulevard, Suite 500
4   Los Angeles, California 90017-2611
    Telephone:  (213) 620-0300
5   Facsimile:  (213) 625-1930

6   Attorneys for Defendant
    STANDARD INSURANCE COMPANY
7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

11  TERESA LA VRAR,                    )   Case No. CV 14-04965 MMC
                                       )
12              Plaintiff,             )   **STIPULATION FOR ALL**
                                       )   **PARTIES TO APPEAR**
13        vs.                          )   **TELEPHONICALLY AT THE**
                                       )   **FEBRUARY 13, 2015 CASE**
14  STANDARD INSURANCE COMPANY,        )   **MANAGEMENT CONFERENCE;**
                                       )   **[PROPOSED] ORDER**
15              Defendant.             )
                                       )   Case Management Conference:
16                                     )   Date:   February 13, 2015
                                       )   Time:   10:30 a.m.
17                                     )   Ctrm:   7
                                       )   Judge:  Hon. Maxine M. Chesney
18  _____)

19          WHEREAS, the initial Case Management Conference ("CMC") in the above

20  matter is scheduled for February 13, 2015 at 10:30 a.m.;

21          WHEREAS, the office of counsel for defendant Standard Insurance Company

22  ("Standard") is located in Los Angeles, California;

23          WHEREAS, it would conserve time and resources if counsel were permitted to

24  appear telephonically at the CMC rather than to travel from Southern to Northern

25  California for the appearance;

26          WHEREAS, counsel for Standard contacted Plaintiff Teresa La Vrar's

27  counsel, Laurence F. Padway, by telephone on January 23, 2015 and Mr. Padway

28  indicated that he agreed to appear by telephone at the CMC;

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

141764.1

1

Case No. CV 14-04965 MMC
STIPULATION TO APPEAR
TELEPHONICALLY AT THE CMC

1    IT IS HEREBY STIPULATED by and between Plaintiff and Standard, by and

2  through their respective attorneys of record, that subject to the approval of the Court,

3  the undersigned counsel will appear telephonically at the CMC on February 13, 2015

4  at 10:30 a.m.  Counsel for Plaintiff will be available at 510-814-6100.  Counsel for

5  Standard will be available at 213-576-1487.

6    IT IS SO STIPULATED.

7  Dated:  January 23, 2015    MESERVE, MUMPER & HUGHES LLP
                                      Linda M. Lawson
8                                     Allison Vana

9

10    By:  /S/  Allison Vana
                                            Allison Vana
11                                          Attorneys for Defendant
                                            STANDARD INSURANCE
12                                          COMPANY

13

14  Dated:  January 23, 2015    LAW OFFICES OF LAURENCE F. PADWAY

15

16    By:  /S/  Laurence F. Padway
                                            Laurence F. Padway
17                                          Attorneys for Plaintiff
                                            TERESA LA VRAR
18

19    **[PROPOSED]** ORDER

20    Pursuant to the parties' Stipulation and for good cause shown, it is hereby

21  ordered that counsel for Plaintiff Teresa La Vrar and counsel for Defendant Standard

22  Insurance Company shall appear telephonically at the February 13, 2015 Case

23  Management Conference.

24    IT IS SO ORDERED.

25

26  Dated:  January ____23, 2015

27                                          Hon. Maxine M. Chesney
                                            United States District Court Judge
28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

141764.1

2

Case No.  CV 14-04965 MMC
STIPULATION TO APPEAR
TELEPHONICALLY AT THE CMC